BROWN v. BROWN. (Circuit Court of Appeals, Eighth Circuit. July 10, 1916.) No. 4747. Appeal from the District Court of the United States for the Western District of Oklahoma. Kos Harris and V. Harris, both of Wichita, Kan., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, without costs to either party in this court, on motion of appellee.

CAPEWELL v. WAECHTER et al. (Circuit Court of Appeals, Ninth Circuit. October 16, 1917.) No. 3008. In Error to the District Court of the United States for the Fourth Division of the Territory of Alaska. E. Coke Hill, of Ruby, Alaska, Louis K. Pratt, of Fairbanks, Alaska, and Orrin K. McMurray, of Berkeley, Cal., for plaintiff in error. Jas. K. Brown and McGowan & Clark, all of Fairbanks, Alaska, for defendants in error.

PER CURIAM. Writ of error dismissed for noncompliance by plaintiff in error with the provisions of rules 23 and 24 of the Rules of Practice of this court (150 Fed. xxxiii, 79 C. C. A. xxxiii).

CHICAGO GREAT WESTERN R. CO. v. LEHNER. (Circuit Court of Appeals, Eighth Circuit. April 5, 1917.) No. 4808. In Error to the District Court of the United States for the Northern District of Iowa. Carr, Carr & Evans, of Des Moines, Iowa, for plaintiff in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

CHICAGO, ROCK ISLAND & PACIFIC RY. CO. v. OSBORNE. (Circuit Court of Appeals, Eighth Circuit. July 2, 1917.) No. 4847. In Error to the District Court of the United States for the Western District of Arkansas. T. S. Buzbee and H. T. Harrison, both of Little Rock, Ark., for plaintiff in error. Covington & Grant, of Ft. Smith, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties; taxation of attorney's fee for defendant in error waived.

CHICAGO & N. W. RY. CO. v. McNEELY. (Circuit Court of Appeals, Eighth Circuit. September 19, 1916.) No. 4707. In Error to the District Court of the United States for the District of Nebraska. A. A. McLaughlin, Wymer Dressler, and Lyle Hubbard, all of Omaha, Neb., for plaintiff in error. M. F. Harrington, of O'Neill, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

CHIYE KAJIKAMI v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3064. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).